United States Bankruptcy Court
Northern District of California

Allen,
    Plaintiff

United States Department of Education,
    Defendant

Adv. Proc. No. 24-05024-MEH

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0971-5 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 17, 2025 | Form ID: pdfeoc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Carlin Wade Allen, 1104 Moraes Court, San Jose, CA 95127-4211 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Douglas E. Johns | on behalf of Defendant United States Department of Education douglas.johns@usdoj.gov |

TOTAL: 1



1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

   The following constitutes the order of the Court.
   Signed: January 16, 2025

2  PAMELA T. JOHANN (CABN 145558)
3  Chief, Civil Division

4  DOUGLAS JOHNS (CABN 314798)
   Assistant United States Attorney

   _____
   **M. Elaine Hammond
   U.S. Bankruptcy Judge**

6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
7      Telephone: (415) 846-8947
       FAX: (408) 535-5081
       Douglas.Johns@usdoj.gov

8  Attorneys for Defendant

9  UNITED STATES DEPARTMENT OF EDUCATION

11              UNITED STATES BANKRUPTCY COURT
12              NORTHERN DISTRICT OF CALIFORNIA
13                     SAN JOSE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 24-51039 MEH |
| CARLIN WADE ALLEN, | Chapter 7 |
| Debtor. | Adversary Proceeding No. 24-05024 |
| CARLIN WADE ALLEN, | **ORDER APPROVING JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE** |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, | |
| Defendant. | |

The Court having considered Plaintiff Carlin Wade Allen and Defendant United States Department of Education's Joint Stipulation to Dismiss Without Prejudice, and good cause appearing,

IT IS ORDERED that:

1. This Adversary Proceeding is dismissed without prejudice.
2. The parties will bear their own costs and fees incurred in this proceeding.

**\*\*\* END OF ORDER \*\*\***

**COURT SERVICE LIST**

Carlin Wade Allen

1104 Moraes Court

San Jose, California 95127

Carlin.allen@gmail.com